**Opinion issued March 20, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00972-CV

————————————

**L&S INDUSTRIAL SERVICES, L.L.C., BRIAN STRANGE, AND ROBERT STRANGE, Appellants**

**V.**

**PERFORMANCE INSULATION CONTRACTORS, INC., Appellee**

———

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Case No. 2011-18303

———

### MEMORANDUM OPINION

The parties, representing that they have reached a resolution of the matter, have filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.